IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01993-WYD-KMT

BRANDI SMITH and
MARTIN SMITH,

    Plaintiffs,

v.

SUNRISE CREDIT SERVICES, INC., and DOES 1-10, inclusive,

    Defendant.

## ORDER OF DISMISSAL

    In accordance with the Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) filed September 30, 2011, it is

    ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

    Dated:  September 30, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge